# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−18338−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Carmen L Palmer
    1534 Hamilton Court
    Hamilton Township, NJ 08330

Social Security No.:
    xxx−xx−2487

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
## DISMISSED FOR FAILURE TO FILE DOCUMENTS

☑  The Court having noted that the debtor filed a petition on April 26, 2018, and did not file the following documents:

Summary of Assets/Liabilities and Stat Info, Declaration About An Individuals Schedules, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income & Calc of Commitment Period(122C−1), Calculation of Your Disposable Income (122C−2) − If Applicable, Ch. 13 Plan and Motions (LOCAL FORM), Schedules A/B,C,D,E/F,G,H,I,J.

☐  The court having noted that the debtor's case was converted to chapter 13 on , and that the Court's local form, Chapter 13 Plan and Motions has not been filed,

It is hereby

ORDERED that the above document(s) must be received by the Clerk on or before 5/10/18 or the case will be dismissed.

If you object to dismissal you may file an Application to Extend Time to File Missing Documents or a written request for a hearing with the Clerk of the Bankruptcy Court at the address above. The Application or request must be received by the Clerk no later than 5/10/18.

If an Application to Extend Time to File Missing Documents is filed, the Court will either grant or deny your request and enter an order.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Andrew B. Altenburg Jr. on

Date: May 22, 2018
Time: 10:00 a.m.
Location: Courtroom 4−B
Address:    Mitchell H. Cohen Courthouse
            1 John F. Gerry Plaza
            400 Cooper Street
            Camden, NJ 08101−2067

**IMPORTANT: THE MOST RECENT VERSION OF EACH DOCUMENT MUST BE FILED.**

Dated: April 27, 2018
JAN: def

<u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge