| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| Carmen L. Palmer, Pro Se 1534 Hamilton Court Hamilton Township, NJ 08330 | |

FILED
JEANNE A. NAUGHTON, CLERK
MAY 14 2018
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____DEPUTY

| | |
|---|---|
| Case No.: | 18-18338 |
| Chapter: | 13 |
| In Re: Carmen L. Palmer | |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | ABA |

## CERTIFICATION OF SERVICE

1. I, _____Carmen L. Palmer_____ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☒ am the _____debtor_____ in this case and am representing myself.

2. On __May 11, 2018__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   NOTICE OF CHAPTER 13 PLAN TRANSMITTAL
   Chapter 13 Plan and Motions

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __May 11, 2018__          _____
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Secretary of Housing & Urban Development<br>Attn: C&L Service Corp./Morris Griffin C<br>2488 E. 81st St.<br>Suite 700<br>Tulsa, OK 74137 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States of America<br>c/o Attorney General of New Jersey<br>970 Broad St.<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States of America<br>c/o Attorney General, Dept of Justice<br>Civil Div., Judgement Enforcement Unit<br>10th & Constituition Ave., N.W.<br>Washington, DC 20530 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |