UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Carmen L. Palmer, Pro Se
1534 Hamilton Court
Hamilton Township, NJ 08330

FILED
JEANNE A. NAUGHTON, CLERK
MAY 24 2018
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____DEPUTY

| | |
|---|---|
| In Re:<br><br>Carmen L. Palmer | Case No.: 18-18338 |
| | Chapter: 13 |
| | Judge: ABA |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:   SECRETARY OF HOUSING & URBAN DEVELOPMENT, cr.
(Example: John Smith, creditor)

Old address:   ATTN: C&L SERVICE CORP

2488 E. 81ST ST.SUITE 700

TULSA, OK 74137-4267

New address:   c/o Novad Management Consulting

2401 NW 23rd Street, Suite 1A1

Oklahoma City, OK 73107

New phone no.:_____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: May 22, 2018            _Carmen L. Palmer_
                                          Signature

rev.2/1/16